# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                             CASE No. 3:07cr136-002

DANIELLE L. RUDINSKY,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

        The Defendant having completed the Residential Drug Abuse Treatment Program, her sentence of confinement is hereby reduced from 36 months to 24 months.  In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 5 May 2008 shall remain unchanged.

        **ORDERED** this 5th day of May, 2009.

                                                          *s/L.A. Collier*
                                                  LACEY A. COLLIER
                                          Senior United States District Judge